**592 HENDERSON vs. CIRCUIT JUDGE (Wayne), No. 13184.**

To compel respondent to allow full costs to defendant and appellee, in a case tried in the circuit where defendant had judgment, but which case was certified to that court by a justice of the peace, on the ground that it involved a question of title to certain lands, but in the circuit no such question was raised or tried, and the judgment of said court was rendered in favor of defendant, and for his actual disbursements.

Denied January 4, 1893, with costs.

**593 AMPERSE vs. CIRCUIT JUDGE (Wayne), 14 M., 33.**

To compel entry of an order specifying that relator was entitled to double costs.

Denied November 11, 1865.

Held, that under Comp. Laws, Sec. 3736, relator, as plaintiff was entitled to double costs, and no such order was necessary to perfect his right; that plaintiff should have appealed from the the decision of the taxing officer to the Circuit Court, and from the decision of that court, if adverse, to this court by writ of error.